**Dismissed and Memorandum Opinion filed November 13, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00345-CV

---

### ALBERT LUJAN D/B/A TEXAS WHOLESALE FLOWER CO., Appellant

### V.

### NAVISTAR, INC., NAVISTAR INTERNATIONAL CORPORATION, NAVISTAR INTERNATIONAL TRANSPORTATION CORP., INTERNATIONAL TRUCK AND ENGINE CORPORATION AND SANTEX TRUCK CENTERS, LTD., Appellees

---

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2009-77458**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 5, 2014. The notice of appeal was filed May 4, 2014. To date, our records show that appellant has not paid the $195.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of

fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Tex. Gov't Code Ann. § 51.207.

On October 21, 2014, this court ordered appellant to pay the appellate filing fee on or before November 5, 2014, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Boyce, Jamison and Donovan.